UNITED STATES DISTRICT COURT
DISCRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| KELLY EILEEN JACKSON, o.b.o. S.X.J., a minor,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL,<br>Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | Civil Action No. 4:20-cv-01283-TER |

## **ORDER**

Upon consideration of Defendant's Motion to Remand, consented to by Plaintiff's counsel, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

　　　　　　　　　　　　　　　　　　　s/ Thomas E. Rogers, III
　　　　　　　　　　　　　　　　　　　Honorable Thomas E. Rogers, III
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

January 13, 2021
Florence, SC